Milton Griggs
V.S.
The State OF Texas

Court of Appeals
6th Appellate District
State Of Texas

Appeal No.# 06-15-00092-CR
§OR
06-15-00047-CR

RECEIVED IN
The Court of Appeals
Sixth District

JUN 0 3 2015

06-15-00096-CR

Texarkana, Texas
Debra Autrey, Clerk

(May Date 29, 2015)

Now Comes the Appellant and file the following
Documents In Support of Appellants Request For Emergency
Furlough Writ of Mandamus. Appellate Case # 06-15-00092-CR

FILED IN
The Court of Appeals
Sixth District
JUN 0 4 2015
Texarkana, Texas
Debra K. Autrey, Clerk

I Appellant, Milton Edward Griggs Hereby Submit
this Inmate Request Submitted to Hunt County Jail Officials
Showing Hereto In Support of the Dates I the Appellant
Mailed Request to the Honorable Judge Timothy S. Linden, ect!
All having gone Unanswered OR Addressed, All to No Avail.

Appellant has attempted to Address such with the
Hunt County Jail officials All To No Avail!

As a Result of Such Appellant Now Suffers A
MORE Serious Problems And Damage and Uncalled for Losses
of my wifes' being Cremated, Property & Belongings Distorted
by Appellants Sister-In-Law!

None of my Family was notified. What? Funeral Home
had my wife, ~~when she who be buried~~ when the Funeral would
be Held, Nor Where the Funeral would be and OR Church
City & OR town, ~~Ford~~ I dont Even Know where they
Buried My wife OR Ash strown.

Appellant has only been made aware that my wifes Funeral has Already transpired and that she has allegedly been Cremated after the Funeral Services. When and where Appellant knows NOT!

Appellant is so Disconsolate By such Illegally Done & OR

Deliberately Done Wrongful Act

## Prayer

I Appellant, Milton Edward Griggs Hereby Pray to God that this Honorable Judge & Court Grant his Request for An Emergency Furlough Issuing an Order with the Hunt County Jail and OR Sheriff Randy Meeks allowing Appellant 7 day Temporary Release from Custody From Monday — Sunday Allowing the Appellant the 5 days Monday — Friday to Legally situate The Issue at Hand and 2 days Family time Sat & Sunday. Allowing Sunday after Church hrs. That I be back in Custody by 5:00 pm Sunday. Appellant further Pray that this Honorable Court of Appeals Allow the Hereto Attached Inmate Request Act in Support of such Certification of Request to the Honorable Judge Timothy S. Linden who has Never Responded. Submitted this 29th Day of May 2015.

Respectfully Submitted
Milton Griggs
Milton Griggs

## Affidavit In Support

I, Milton Edward Griggs Being of Sound Mind ~~That~~ Hereby being over 21 years of Age, Makes the Following Affidavit

That I Milton Edward Griggs Is Currently Confined to and OR at the Hunt County Jail for a Misdemeanor offense of Failing to Id Sentence being 300 days with OVER 100 plus Days serverd & credited per such.

I Milton Edward Griggs Hereby by state Under Oath that I, Milton Edward Giggs will Abbide by the terms and Agreement of Such Emergency Furlough Release Hereto Stated and filed with this Court Turning myself In to the Hunt County Jail on Sunday by 5:00 pm of such Set week given by this Court : Praying that such be at it's most Earliest week Convenient.

### Certificate Of Service

I Milton Edward Griggs Hereby State Under Oath that the Above written Affidavit Is True & Correct to the Best of my knowledge & is being forwarded by mail on this 29th Day of May 2015.

Respectfully Submitted

*Milton Edward Griggs*

Milton Edward Griggs
Hunt County Jail
2801 Stuart St.
Greenville TX.
75401



# HUNT COUNTY
# SHERIFF'S OFFICE

**Randy Meeks,** Sheriff
2801 Stuart Street
Greenville, TX 75401
903.453.6800

*Classification*

## INMATE REQUEST FORM

INMATE NAME & SO# Milton Griggs # 25791    TANK: # 232

REQUEST TO: Administration

REQUEST: I'm requesting a list of the following date's & times that I mailed out mail to Any and All Legal Divisions and OR mailed out Legal Mail Period starting from the 3-7-15 (March 7, 2015) until this very day 5-28-15 (May 28, 2015) Such is very URGENTly need A.S.A.P. I appreciate your time and assistance.
Thank You!

INMATE SIGNATURE: Milton Griggs          DATE: 5-28-15

RECEIVING OFFICER SIGNATURE: DCSnD      DATE RECEIVED 5-28-15

RESPONSE:
3-7-15 - Law office Jack Paris
3-9-15 - TCJS
3-10-15 - Sheriff Meeks
3-13-15 - Atty Jessica Edwards
3-16-15 - State Commission on Judicial Conduct
3-20-15 - Jessica Edwards
3-25-15 - State Commission on Judicial Conduct
3-18-15 - Texas Jail Standards
4-1-15 - Timothy Linden
4-5-15 - ACLU , CAAP
4-8-15 - Timothy Linden
4-10-15 - State Bar of Texas
4-13-15 - TCJS
4-15-15 - Court of Appeals
4-22-15 - State of Texas
4-27-15 - Court of Appeals

RESPONDING OFFICER SIGNATURE: _____    DATE: _____

OVER

# Certificate Of Service

I, Milton Edward Griggs Hereby State Under Oath that the Above Written Instrument Is True & Correct and Is Being Mailed to the Court Of Appeals 6th District Appellate Court on this 29th Day of May 2015, with Document in Support.

Respectfully Submitted

Milton Edward Griggs

Milton Edward Griggs
Hunt County Jail
2801 Stuart St.
Greenville TX.
75401